No. 10–11264.  HUFFMAN *v.* FLORIDA ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 10–11265.  FOURSTAR *v.* MURLAK ET AL.  C. A. 9th Cir. Certiorari denied.

No. 10–11266.  HOWARD *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 10–11267.  GARY *v.* JONES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 10–11268.  GONZALEZ *v.* WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 10–11269.  HICKMAN-BEY *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE ET AL.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 10–11270.  HAYWOOD *v.* BOOKER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–11272.  PAUL C. *v.* NEBRASKA.  Ct. App. Neb.  Certiorari denied.

No. 10–11273.  BOYD *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–11274.  VERDUGO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–11276.  HUNT *v.* SANDHIR ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–11277.  HOLSTON *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 10–11278.  GARCIA *v.* FIGUEROA, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–11282.  APARICIO-LOPEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–11283.  TIBBETTS *v.* BOBBY, WARDEN.  C. A. 6th Cir. Certiorari denied.